## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 07-50735 |
| | ) | |
| SAMARITAN ALLIANCE, LLC, et al. | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Hon. William S. Howard |
| _____ | ) | |
| | ) | Jointly Administered |
| The Post-Confirmation Committee of | ) | |
| Samaritan Alliance, LLC | ) | |
| | ) | |
| Plaintiff | ) | Adv. Pro. No. 09-5252 |
| | ) | |
| v. | ) | |
| | ) | |
| A. Ronald Turner, | ) | |
| Lane Carrick, | ) | |
| James L. Marshall, Jr., | ) | |
| James C. Seabury, III, and | ) | |
| John and/or Jane Does | ) | |
| | ) | |
| Defendants | ) | |

### NOTICE OF EXTENSION OF TIME TO ANSWER
### OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff, the Post-Confirmation Committee of Samaritan Alliance, LLC, by counsel, hereby gives notice that the defendants shall have up to and including February 4, 2010 to answer or otherwise respond to the complaint filed in this adversary proceeding.

LEXLibrary 414036v.1

Respectfully submitted,

FROST BROWN TODD LLC

*/s/ Adam R. Kegley*
Adam R. Kegley
250 West Main Street, Ste. 2800
Lexington, KY 40507-1749
(859) 231-0000 Telephone
(859) 231-0011 Facsimile
akegley@fbtlaw.com  E-Mail

Counsel to the Post-Confirmation Committee

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically on January 4, 2010 on all parties receiving notice by this Court's CM/ECF system in this adversary proceeding and on the following by first class United States mail:

William C. Rambicure
Rambicure & Miller, PSC
219 East High Street
P.O. Box 34188
Lexington, KY  40588-4188

Lane Carrick
1000 Ridgeway Loop Road, Suite 103
Memphis, TN  38120

James L. Marshall, Jr.
616 Green Street NE, Suite C
Gainesville, GA  30501

James C. Seabury, III
1300 Fort Negley Boulevard
Nashville, TN  37203

*/s/  Adam R. Kegley*

LEXLibrary 414036v.1