# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 07-50735 |
| | ) | |
| SAMARITAN ALLIANCE, LLC, et al. | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Hon. William S. Howard |
| _____ | ) | |
| | ) | Jointly Administered |
| The Post-Confirmation Committee of | ) | |
| Samaritan Alliance, LLC | ) | |
| | ) | |
| Plaintiff | ) | Adv. Pro. No. 09-5252 |
| | ) | |
| v. | ) | |
| | ) | |
| A. Ronald Turner, | ) | |
| Lane Carrick, | ) | |
| James L. Marshall, Jr., | ) | |
| James C. Seabury, III, and | ) | |
| John and/or Jane Does | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, the Post-Confirmation Committee of Samaritan Alliance, LLC, by counsel, hereby gives notice that the parties have settled this adversary proceeding. After the settlement agreement has been consummated, which should be within three weeks, the parties will tender an agreed order dismissing this adversary proceeding with prejudice.

LEXLibrary 422890v.1

Respectfully submitted,

FROST BROWN TODD LLC

*/s/ Adam R. Kegley*
Adam R. Kegley
250 West Main Street, Ste. 2800
Lexington, KY 40507-1749
(859) 231-0000 Telephone
(859) 231-0011 Facsimile
akegley@fbtlaw.com  E-Mail

Counsel to the Post-Confirmation Committee

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically on April 20, 2010 on all parties receiving notice by this Court's CM/ECF system in this adversary proceeding.

*/s/ Adam R. Kegley*